UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAMON DAVID THOMAS,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

CASE NO. C19-6220 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 6. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Petitioner's federal habeas petition is **DISMISSED without prejudice**; and

(3)     The Clerk shall enter **JUDGMENT** and close this case.

Dated this 2nd day of March, 2020.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER